856

**EX PARTE George PALMORE**

**CR-14-0529**

Court of Criminal Appeals of Alabama.

03/13/2015

Mand. pet. denied

William R. JACKSON

v.

STATE

**CR-14-0541**

Court of Criminal Appeals of Alabama.

02/23/2015

Dismissed

**EX PARTE Aaron Lamont JOHNSON**

**CR-14-0546**

Court of Criminal Appeals of Alabama.

03/13/2015

Mand. pet. denied

**EX PARTE Raul PEREZ**

**CR-14-0561**

Court of Criminal Appeals of Alabama.

03/13/2015

Mand. pet. denied

**EX PARTE James Edward WALLACE**

**CR-14-0576**

Court of Criminal Appeals of Alabama.

03/13/2015

Reh. denied 03/24/2015

Mand. pet. dismissed

**EX PARTE Danny HARVEY**

**CR-14-0584**

Court of Criminal Appeals of Alabama.

03/13/2015

Mand. pet. denied